AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

DEBRA NOLL, *et al.*, )
*Plaintiffs* )
v. ) Civil Action No. 1:21-cv-289
GREAT LAKES SERVICES, LLC, )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This case is REMANDED to the Warren County, Ohio Court of Common Pleas from which it was removed; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, U.S. District Judge on a *sua sponte* review of the Notice of Removal filed by Great Lakes Services, LLC dba Great Wolf Lodge ("Great Lakes") (Doc. 1), Great Lakes' motion to dismiss Count VIII (Doc. 6), and the parties' stipulated notice of dismissal of Count VIII (Doc. 9).

Date: 6/22/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*